UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENRY LEE GLEEN

      Petitioner,

                                        Case No. 1:04-cv-291

v

                                        Hon. Wendell A. Miles

DAVID GUNDY,

      Respondent.

_____/

ORDER ON PETITIONER'S OBJECTIONS TO MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

On July 25, 2007, United States Magistrate Judge Ellen S. Carmody issued a Report and

Recommendation ("R & R") recommending that Henry Lee Gleen's petition for writ of habeas

corpus be denied. The petitioner has filed objections to the R & R.

The court, having reviewed the R & R filed by the United States Magistrate Judge in this

action, having reviewed the petition and relevant portions of the record, and having reviewed the

petitioner's objections, concludes that the Magistrate Judge did not err in concluding that the

petition should be denied.

The court therefore adopts the Magistrate Judge's R & R as the decision of the court.

Judgment will be entered accordingly.

So ordered this 24th day of September, 2007.

                                         /s/ Wendell A. Miles
                                      Wendell A. Miles, Senior Judge