UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENRY LEE GLEEN

    Petitioner,

v                                                Case No. 1:04-cv-291

DAVID GUNDY,                    Hon. Wendell A. Miles

    Respondent.

_____/

## JUDGMENT

The petition for habeas corpus is denied.

Entered this 24th day of September, 2007.

                                                       /s/ Wendell A. Miles
                                                 Wendell A. Miles, Senior Judge